358

In re Tyrone HURT, Appellant.

No. 13–1208.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 17, 2013.

Decided: July 1, 2013.

Tyrone Hurt, Appellant Pro Se.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Hurt appeals the district court's order imposing a pre-filing injunction. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *In re: Hurt,* No. 8:12–mc–00512 (D.Md. Jan. 8, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*